# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Danielle Keller,<br><br>Plaintiff(s),<br><br>vs.<br><br>Andrew M. Saul,<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>1:20-cv-00120-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2021 Order.

April 29, 2021

Frank G. Johns, Clerk
United States District Court